Commonwealth *v.* Schumann, Appellant.

Argued March 20, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Karl D. Enzian,* for appellant.

*Lloyd F. Engle, Jr.,* for appellee.

OPINION PER CURIAM, April 17, 1962:
Judgment affirmed.